HALPERN MAY YBARRA GELBERG LLP
  Marc D. Halpern (CA Bar No. 216426)
  Gwendolyn M. Toczko (CA Bar No. 255984)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com
gwendolyn.toczko@halpernmay.com

Attorneys for Plaintiff Viasat Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT INC., | CASE NO. 3:22-cv-01169-JAH-BGS |
| Plaintiff, | |
| v. | **PLAINTIFF VIASAT INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (SYNDICATES 2623 and 623), | |
| Defendants. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, the undersigned counsel certifies that as of this date, Plaintiff Viasat Inc. has no parent company, and no publicly held company owns 10% or more of its stock.

Dated:  August 9, 2022

HALPERN MAY YBARRA GELBERG LLP
Marc D. Halpern
Gwendolyn M. Toczko


By:  s/ Marc D. Halpern
Marc D. Halpern
Attorneys for Plaintiff Viasat Inc.