1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VIASAT, INC.
   Colin L. Ward (CA Bar No. 277962)
   6155 El Camino Real
Carlsbad, California 92009-1602
Telephone: (760) 893-1840
Colin.Ward@viasat.com


Vice President, Chief Litigation Counsel
for Plaintiff Viasat Inc.


**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON (SYNDICATES 2623 and 623), <br><br> Defendants. | CASE NO. 3:22-cv-01169-JAH-BGS <br><br> **NOTICE OF APPEARANCE** |

1    COMES NOW Colin L. Ward, Vice President, Chief Litigation Counsel for

2   Viasat, Inc. hereby enters his appearance on behalf of Plaintiffs, Viasat, Inc., in the

3   above-captioned matter.

4

5   Dated:  August 11, 2022          VIASAT, INC.

6

7                          By:   s/ Colin L. Ward
                                     Colin L. Ward
8                          Vice President, Chief Litigation Counsel for
9                          Plaintiff Viasat Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28