CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
LINDSAY A. DIMAGGIO (SBN: 329913)
lindsay.dimaggio@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Defendants Certain Underwriters at Lloyd's, London, Syndicates 2623 and 623*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SYNDICATES 2623 AND 623,<br><br>   Defendants. | Case No. 3:22-CV-1169 JAH BGS<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Judge: Hon. John A. Houston<br><br>Date:    October 12, 2022<br>Time:    10:30 a.m.<br>Courtroom: 13B<br><br>[Filed concurrently herewith: Memorandum of Points and Authorities in Support of Motion to Dismiss; Declaration of William Ross] |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  Please take notice that on October 12, 2022 at 10:30 a.m., in Courtroom 13B of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California, 92101, Defendants Certain Underwriters at Lloyd's, London, Syndicates 2623 and 623 (collectively, "Defendants") will move this Court for an order granting Defendants' motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on the ground that this Court lacks subject matter jurisdiction over this action.

This Motion is based on this Notice of Motion, Defendants' Memorandum of Points and Authorities, the Declaration of William Ross, and all records and papers on file in this action; any oral argument; and any such further evidence that the Court may consider in hearing this motion.

Dated:  August 31, 2022

SIMPSON THACHER & BARTLETT LLP

By: /s/ Chet A. Kronenberg
CHET A. KRONENBERG
(State Bar No. 222335)
ckronenberg@stblaw.com
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Defendants Certain Underwriters at Lloyd's, London, Syndicates 2623 and 623*