| | |
|---|---|
| 1 | CHET A. KRONENBERG (SBN: 222335) |
| | ckronenberg@stblaw.com |
| 2 | LINDSAY A. DIMAGGIO (SBN: 329913) |
| | lindsay.dimaggio@stblaw.com |
| 3 | SIMPSON THACHER & BARTLETT LLP |
| | 1999 Avenue of the Stars, 29th Floor |
| 4 | Los Angeles, California 90067 |
| | Telephone: (310) 407-7500 |
| 5 | Facsimile: (310) 407-7502 |

*Attorneys for Defendants Certain Underwriters at Lloyd's, London, Syndicates 2623 and 623*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., | Case No. 3:22-CV-1169 JAH BGS |
| Plaintiff, | **DECLARATION OF WILLIAM ROSS** |
| v. | Judge: Hon. John A. Houston |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SYNDICATES 2623 AND 623, | Date: October 12, 2022<br>Time: 10:30 a.m.<br>Courtroom: 13B |
| Defendants. | [Filed concurrently herewith: Notice of Motion; Memorandum of Points and Authorities in Support of Motion to Dismiss] |

## DECLARATION OF WILLIAM ROSS

I, William Ross, declare as follows:

1. The facts stated herein are based on my personal knowledge. I make this declaration in support of Defendants' motion to dismiss for lack of subject matter jurisdiction.

2. I am a Cyber Claims Product Specialist at The Beazley Group ("Beazley Group"). Through my work at the Beazley Group, which manages six Lloyd's of London syndicates, including Syndicates 2623 and 623, I have personal knowledge concerning the Beazley Media Tech Policy (Policy Number W11051211101) issued to Viasat Inc. for the policy period, October 31, 2021 to October 31, 2022 (the "Policy"). The Policy has an aggregate limit of liability of $10,000,000.

3. The insurance afforded by the Policy was underwritten by certain Underwriters at Lloyd's of London. Lloyd's of London is not an insurance company. It is the regulator and service provider to an insurance market where various individuals (and, since 1994, corporate entities) underwrite insurance risks. The underwriter members of Lloyd's are known as "Names." Names do not operate independently. Instead, they group together for administrative convenience in "Syndicates." Syndicates subscribe to insurance policies or "risks." Each Name is severally liable on the policies to which the Syndicates subscribe, only for the Name's proportion of each risk the Syndicate writes.

4. In connection with the Policy, Syndicate 2623 subscribed to 82% of the risk and Syndicate 623 subscribed to 18% of the risk. Syndicate 2623 and Syndicate 623 collectively are comprised of 1,646 Names. The Names include numerous special liability partnerships, limited liability partnerships, and individuals. The Name with the lowest percentage of risk holds a 0.00037 percent share of Syndicate 623's risk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of August, 2022, in London, England.

_____
William Ross