1 CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
2 LINDSAY A. DIMAGGIO (SBN: 329913)
lindsay.dimaggio@stblaw.com
3 SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
4 Los Angeles, California 90067
Telephone: (310) 407-7500
5 Facsimile: (310) 407-7502

6 *Attorneys for Defendants Certain Underwriters
at Lloyd's, London, Syndicates 2623 and 623*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC., | Case No. 3:22-CV-1169 JAH DDL |
| Plaintiff, | **UNDERWRITERS' NOTICE REGARDING ORDER GRANTING IN PART MOTION TO COMPEL DISCOVERY RE NAMES AND BOND INFORMATION** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SYNDICATES 2623 AND 623, | Judge: Hon. David D. Leshner |
| Defendants. | |

Defendants Certain Underwriters at Lloyd's of London (Syndicates 2623 and 623) (collectively, "Underwriters"), submit this notice to inform the Court that that they have produced the documents in their possession that are responsive to Plaintiff's Requests for Production Nos. 10, 11, and 12 and the subject of the March 17, 2023 Order granting in part and denying in part Plaintiff's discovery motion. [ECF 29].

Among other things, Underwriters have produced the form of Lloyd's United States Situs Excess or Surplus Lines Trust Deeds for Syndicate 2623 and Syndicate 623 (the "Trust Deeds"), which is also available at https://www.lloyds.com/conducting-business/regulatory-information/trust-deeds/us-trust-deeds.  However, Underwriters are informed that the certified Trust Deeds are in the possession of non-party Lloyd's America, Inc.  Underwriters have requested copies of the Trust Deeds from Lloyd's America, Inc. and shall produce such documents immediately upon receipt.

Dated:  April 7, 2023

SIMPSON THACHER & BARTLETT LLP

By: */s/ Chet A. Kronenberg*
    CHET A. KRONENBERG

*Attorneys for Defendants Certain Underwriters at Lloyd's, London, Syndicates 2623 and 623*